*Form 130* (3/23)–doc 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Claudia A. Nesmith ) | Case No. 24–14391–amc |
| ) | |
| ) | |
| Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

Documents and Deadline

Matrix Due 12/16/24
Means Test Calculation 122C–2 Due 12/23/24
Plan Due 12/23/24
Schedules A Due 12/23/24
Schedules B Due 12/23/24
Schedules C Due 12/23/24
Schedules D Due 12/23/24
Schedules E Due 12/23/24
Schedules F Due 12/23/24
Schedules G Due 12/23/24
Schedules H Due 12/23/24
Schedules I Due 12/23/24
Schedules J Due 12/23/24
Statement of Current Monthly Income (122C–1) Due 12/23/24
Statement of Financial Affairs Due 12/23/24
Summary of Assets and Liabilities Due 12/23/24

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: December 10, 2024

By the Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court