**Michael A. Cibik, Esq.**
CIBIK LAW, P.C.
1500 Walnut Street, Suite 900
PHILADELPHIA, PA 19102
Phone: 2157351060
Email: cibik@cibiklaw.com
*Attorney for Debtor(s)*

### UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA – PHILADELPHIA

| | |
|---|---|
| In re:<br><br>CLAUDIA NESMITH<br><br><br><br>Debtor(s), | Bankruptcy No: 24-14391<br><br>Chapter: 13<br><br>Judge: Honorable Ashely M. Chan |

### MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENTS AND RELATED DOCUMENTS

COMES NOW, the above-named Debtor(s), by and through undersigned counsel, to request this Court enter an Order extending the deadline to file Schedules, Statement of Financial Affairs, Form 122C, and all related documents (hereinafter "Documents"). The Motion is supported as follows:

1. On December 09, 2024, Debtor(s) filed the above-entitled case.

2. The Petition was filed on an emergency basis and as a result, only the Voluntary Petition, Exhibit D, and a list of creditors was filed. The remaining Documents were due to be filed by December 23, 2024.

3. The Debtor is still gathering some of the information required by Counsel to pre-pare the Schedules and needs extra time to do so.

4. The Debtor(s) will gather all necessary documents and data needed to file complete Schedules and Statements and will cooperate with Trustee Kenneth West to prepare for the pending Meeting of Creditors.

5. Debtor(s) respectfully request the deadline to file the Documents be moved from December 23, 2024 to the following newdate: January 06, 2025.

WHEREFORE, the Debtor(s) request the extension of time.

DATED: December 23, 2024

/s/ Michael A. Cibik
MICHAEL A. CIBIK
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA – PHILADELPHIA**

| | |
|---|---|
| In re:<br><br>CLAUDIA NESMITH<br><br><br><br>Debtor(s), | Bankruptcy No: 24-14391<br><br>Chapter: 13<br><br>Judge: Honorable Ashely M. Chan |

**ORDER GRANTING MOTION TO EXTEND TIME**

Whereas, this matter having come before this Court on the Motion to Extend Time to File Schedules, Statements and Related Documents, and good cause appearing, it is hereby:

ORDERED, the Motion is hereby GRANTED; and further

ORDERED, the deadline to file the Schedules, Statements and Related Documents is extended to January 06, 2025.