## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA

| | |
|---|---|
| In re:<br><br>CLAUDIA NESMITH<br><br><br><br>Debtor(s), | Bankruptcy No:  24-14391<br><br>Chapter: 13<br><br>Judge: Honorable Ashely M. Chan |

## MOTION TO EXTEND TIME TO FILE SCHEDULES,
## STATEMENTS AND RELATED DOCUMENTS

**AND NOW**, the above-named Debtor(s), by and through undersigned counsel, moves this Court to extend the time to file Schedules, Statements and other documents.  In support of this motion, the Debtor states as follows:

1.  On December 09, 2024, Debtor(s) filed the above-entitled case.

2.  The schedules, statements, and other documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 ("the Schedules") were not filed with the petition, and the Court ordered that they be filed on or before January 06, 2025.

3.  A debtor may request an extension of time to file the Schedules upon motion and for cause shown. 11 U.S.C. §521(i)(3); Fed. R. Bankr. P. 1007(c).

4.  The Debtor is still gathering some of the information required by Counsel to prepare the Schedules and needs extra time to do so.

5.  The Debtor(s) will gather all necessary documents and data needed to file complete Schedules and Statements and will cooperate with Trustee Kenneth West to prepare for the pending Meeting of Creditors.

6.  Debtor(s) respectfully request the deadline to file the Documents be moved to the following new date:  January 20, 2025.

**NOW, THEREFORE**, the Debtor(s) ask this Court to grant relief in the form of the attached order and to grant such other relief in their favor as may be necessary and proper under the law.  .

DATED:  January 06, 2025

<div style="margin-left:40%;">

/s/ Michael A. Cibik

Michael A. Cibik, Esq.

Cibik Law, P.C.

1500 Walnut Street, Suite 900

PHILADELPHIA,  PA 19102

Phone: 2157351060

Email: cibik@cibiklaw.com

*Attorney for Debtor(s)*

</div>

**Certificate of Service**

I certify that on this date I caused a true and correct copy of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents to be served on all parties on the clerk's service list through the CM/ECF system.

DATED:  January 06, 2025

<div style="margin-left:40%;">

/s/ Michael A. Cibik

Michael A. Cibik, Esq.

</div>

**UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA**

| | |
|---|---|
| In re:<br><br>CLAUDIA NESMITH<br><br><br>                               Debtor(s), | Bankruptcy No:  24-14391<br><br>Chapter: 13<br><br>Judge: Honorable Ashely M. Chan |

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENTS, AND OTHER DOCUMENTS**

**AND NOW**, upon consideration of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents, with proper notice and good cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Debtor must file all documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 ("the Schedules") on or before January 20, 2025.

3. This case may be dismissed without further notice if the Schedules are not filed by January 20, 2025.

4. Any request for an extension of time must be filed on or before January 20, 2025.

DATE:

_____
Honorable Ashely M. Chan
U. S. Bankruptcy Judge