**UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA**

| | |
|---|---|
| In re:<br><br>CLAUDIA NESMITH<br><br><br><br>Debtor(s), | Bankruptcy No: 24-14391<br><br>Chapter: 13<br><br>Judge: Honorable Ashely M. Chan |

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENTS, AND OTHER DOCUMENTS**

**AND NOW**, upon consideration of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents, with proper notice and good cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Debtor must file all documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 ("the Schedules") on or before January 20, 2025. **No further extensions will be granted**

3. This case may be dismissed without further notice if the Schedules are not filed by January 20, 2025.

4. Any request for an extension of time must be filed on or before January 20, 2025.

DATE: Jan. 7, 2025

_____
Honorable Ashely M. Chan
U. S. Bankruptcy Judge