# dayforce

| | | |
|---|---|---|
| **Employer Name:** | Chico's FAS, Inc DBA Chico's Retail Operations, Inc | |
| **Employer Phone:** | 239-277-6200 | |
| **Employer Address:** | 11215 Metro Parkway Fort Myers, FL 33966 | |
| **Employee Name:** | Claudia A Nesmith | |
| **Employee #:** | | |
| **Employee Address:** | 7000 North 12th Street Philadelphia, PA 19126 | |
| **Site:** | 0527 - Baederwood Shopping Center | |
| **Pay Date:** | 12/13/2024 | |
| **Pay Period:** | 11/24/2024 - 12/7/2024 | |
| **Deposit Advice #:** | 871066388 | |
| **Pay Frequency:** | Bi-Weekly | |
| **Pay Rate:** | 11.8949 | |
| **Federal Filing Status:** | Single | |
| **Federal 2c/Extra Withholding:** | No/$0.00 | |
| **Local Exemptions:** | 0 (Philadelphia) | |
| **State Filing Status:** | Single (PA) | |
| **State Exemptions:** | 0/$0.00 (PA) | |

|  | Current 11/24/2024 - 12/7/2024 | | | YTD As of 12/7/2024 | |
|---|---|---|---|---|---|
|  | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 19.5160 | | $232.15 | 694.5870 | $8,146.33 |
| Regular | 19.5160 | 11.8949 | $232.15 | 694.5870 | $8,146.33 |
| **Taxes** | | | $35.75 | | $1,234.46 |
| Social Security | | | $14.39 | | $505.07 |
| Medicare | | | $3.36 | | $118.12 |
| PA W/H | | | $7.13 | | $250.10 |
| PA UT EE | | | $0.16 | | $5.69 |
| AbgtnTwpLST-M | | | $2.00 | | $50.00 |
| PhilCityW/H | | | $8.71 | | $305.48 |
|  | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $196.40 | | $6,911.87 |
| Direct Deposit | 036001808 | XXXXXX0896 | $196.40 | | |

| Other Payroll Information | |
|---|---|
| Total Worked Hours | 19.5160 |
| Total Gross Pay | $232.15 |

dayforce                                                                                         Page 1 of 2

# dayforce

| | | |
|---|---|---|
| **Employer Name:** | Chico's FAS, Inc DBA Chico's Retail Operations, Inc | |
| **Employer Phone:** | 239-277-6200 | |
| **Employer Address:** | 11215 Metro Parkway Fort Myers, FL 33966 | |
| **Employee Name:** | Claudia Nesmith | |
| **Employee #:** | | |
| **Employee Address:** | 7000 North 12th Street Philadelphia, PA 19126 | |
| **Site:** | 0527 - Baederwood Shopping Center | |
| **Pay Date:** | 11/15/2024 | |
| **Pay Period:** | 10/27/2024 - 11/9/2024 | |
| **Deposit Advice #:** | 857432437 | |
| **Pay Frequency:** | Bi-Weekly | |
| **Pay Rate:** | 11.8949 | |
| **Federal Filing Status:** | Single | |
| **Federal 2c/Extra Withholding:** | No/$0.00 | |
| **Local Exemptions:** | 0 (Philadelphia) | |
| **State Filing Status:** | Single (PA) | |
| **State Exemptions:** | 0/$0.00 (PA) | |

## Supplemental Earnings Statement

| Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Regular | 10/27/2024 | 11/2/2024 | 4.1830 | 11.8949 | $49.76 |
| Regular | 11/3/2024 | 11/9/2024 | 17.0330 | 11.8949 | $202.61 |
| **Total Hours Paid** | | | 21.2160 | | |

**dayforce**

| | | |
|---|---|---|
| **Employer Name:** | Chico's FAS, Inc DBA Chico's Retail Operations, Inc | |
| **Employer Phone:** | 239-277-6200 | |
| **Employer Address:** | 11215 Metro Parkway Fort Myers, FL 33966 | |

| | |
|---|---|
| **Employee Name:** | Claudia A Nesmith |
| **Employee #:** | ▮▮▮▮ |
| **Employee Address:** | 7000 North 12th Street Philadelphia, PA 19126 |
| **Site:** | 0527 - Baederwood Shopping Center |

| | |
|---|---|
| **Pay Date:** | 11/29/2024 |
| **Pay Period:** | 11/10/2024 - 11/23/2024 |
| **Deposit Advice #:** | 865387485 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 11.8949 |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **Local Exemptions:** | 0 (Philadelphia) |
| **State Filing Status:** | Single (PA) |
| **State Exemptions:** | 0/$0.00 (PA) |

## Supplemental Earnings Statement

| Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Regular | 11/10/2024 | 11/16/2024 | 12.3500 | 11.8949 | $146.90 |
| Regular | 11/17/2024 | 11/23/2024 | 8.0330 | 11.8949 | $95.56 |
| **Total Hours Paid** | | | 20.3830 | | |

# dayforce

| Employer Name: | Chico's FAS, Inc DBA Chico's Retail Operations, Inc | Employee Name: | Claudia A Plemeth | Pay Date: | 11/29/2024 |
|---|---|---|---|---|---|
| Employer Phone: | 239-277-6200 | Employee #: | ███████ | Pay Period: | 11/10/2024 - 11/23/2024 |
| Employer Address: | 11215 Metro Parkway Fort Myers, FL 33966 | Employee Address: | 7000 North 12th Street Philadelphia, PA 19126 | Deposit Advice #: | 865387485 |
| | | Site: | 0527 - Baederwood Shopping Center | Pay Frequency: | Bi-Weekly |
| | | | | Pay Rate: | 11.8949 |
| | | | | Federal Filing Status: | Single |
| | | | | Federal 2c/Extra Withholding: | No/$0.00 |
| | | | | Local Exemptions: | 0 (Philadelphia) |
| | | | | State Filing Status: | Single (PA) |
| | | | | State Exemptions: | 0/$0.00 (PA) |

|  | Current 11/10/2024 - 11/23/2024 | | | YTD As of 11/23/2024 | |
|---|---|---|---|---|---|
|  | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 20.3830 | | $242.46 | 675.0710 | $7,914.18 |
| Regular | 20.3830 | 11.8949 | $242.46 | 675.0710 | $7,914.18 |
| **Taxes** | | | $37.25 | | $1,198.71 |
| Social Security | | | $15.03 | | $490.68 |
| Medicare | | | $3.52 | | $114.76 |
| PA W/H | | | $7.44 | | $242.97 |
| PA UT EE | | | $0.17 | | $5.53 |
| AbgtnTwpLST-M | | | $2.00 | | $48.00 |
| PhilCityW/H | | | $9.09 | | $296.77 |
|  | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $205.21 | | $6,715.47 |
| Direct Deposit | 036001808 | XXXXXX0896 | $205.21 | | |

| Other Payroll Information | |
|---|---|
| Total Worked Hours | 20.3830 |
| Total Gross Pay | $242.46 |

dayforce

Page 1 of 2

# dayforce

| | | |
|---|---|---|
| **Employer Name:** | Chico's FAS, Inc DBA Chico's Retail Operations, Inc | |
| **Employer Phone:** | 239-277-6200 | |
| **Employer Address:** | 11215 Metro Parkway, Fort Myers, FL 33966 | |
| **Employee Name:** | [redacted] | |
| **Employee #:** | [redacted] | |
| **Employee Address:** | 7000 North 12th Street, Philadelphia, PA 19126 | |
| **Site:** | 0527 - Baederwood Shopping Center | |
| **Pay Date:** | 12/13/2024 | |
| **Pay Period:** | 11/24/2024 - 12/7/2024 | |
| **Deposit Advice #:** | 871066388 | |
| **Pay Frequency:** | Bi-Weekly | |
| **Pay Rate:** | 11.8949 | |
| **Federal Filing Status:** | Single | |
| **Federal 2c/Extra Withholding:** | No/$0.00 | |
| **Local Exemptions:** | 0 (Philadelphia) | |
| **State Filing Status:** | Single (PA) | |
| **State Exemptions:** | 0/$0.00 (PA) | |

## Supplemental Earnings Statement

| Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Regular | 11/24/2024 | 11/30/2024 | 7.6330 | 11.8949 | $90.80 |
| Regular | 12/1/2024 | 12/7/2024 | 11.8830 | 11.8949 | $141.35 |
| **Total Hours Paid** | | | 19.5160 | | |