## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Claudia A. Nesmith,<br><br>*Debtor*. | Case No. 24-14391-AMC<br>Chapter 13 |

## Certificate of Service

I certify that on this date, I did cause a copy of the document described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system, as well as on the parties listed below by U.S. mail.

- First Amended Chapter 13 Plan

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**City of Philadelphia**
Tax & Revenue MSB Unit
Bankruptcy Group
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

**Water Revenue Bureau**
c/o City of Philadelphia Law Department
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

Date: March 12, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com