UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CLAUDIA N. NESMITH | : | |
|     Debtor | : | BANKRUPTCY NO. 24-14391-amc |
| | : | |
| Philadelphia Gas Works | : | |
|     Moving Party | : | |
| vs. | : | |
| Claudia N. Nesmith | : | |
|     Debtor | : | |
| Kenneth E. West | : | |
|     Trustee | : | |

### ORDER

AND NOW, this __20th__ day of __March__, 2025, at Philadelphia, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties.

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE