United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-14391-amc |
| Claudia A. Nesmith | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 12, 2025 | Form ID: 155 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Claudia A. Nesmith, 7000 N 12th Street, Philadelphia, PA 19126-2101 |
| 14973398 | + | HEMAP PENNSYLVANIA HOUSING FINANCE AGENCY, c/o Katie M. Housman, Esq., PURCELL, KRUG & HALLER, 1719 North Front Street, Harrisburg, PA 17102-2392 |
| 14960849 | + | Ocwen Loan Acquisition Trust 2024-HB1, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14961135 | + | Ocwen Loan Acquisition Trust 2024-HB1, Robertson, Anschutz, Schneid,Crane & Par, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14958653 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 14958654 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 14979519 | + | Union Roofing, 12260 Townsend Rd, Philadelphia, PA 19154-1203 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14958636 | + | Email/Text: jvalencia@amhfcu.org | Jun 13 2025 00:24:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 14998968 | | Email/Text: megan.harper@phila.gov | Jun 13 2025 00:25:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14958638 | | Email/Text: megan.harper@phila.gov | Jun 13 2025 00:25:00 | City of Philadelphia, Law Department, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15015028 | | Email/Text: megan.harper@phila.gov | Jun 13 2025 00:25:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., Suite 580, Philadelphia, PA 19102 |
| 14958637 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 13 2025 00:42:05 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14960122 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 13 2025 00:29:38 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14978376 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 13 2025 00:41:30 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14958639 | | Email/Text: bankruptcy@philapark.org | Jun 13 2025 00:25:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15016461 | + | Email/Text: megan.harper@phila.gov | Jun 13 2025 00:25:00 | City of Philadelphia, C/O PAMELA ELCHERT THURMOND, Water Revenue Bureau, Municipal Services Building, 1401 JFK Boulevard, 5 th Floor, Philadelphia, PA 19102-1663 |
| 14958640 | ^ | MEBN | Jun 13 2025 00:19:24 | Cornerstone, Po Box 82561, Lincoln, NE |

Case 24-14391-amc    Doc 40    Filed 06/14/25    Entered 06/15/25 00:36:50    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 12, 2025 | Form ID: 155 | Total Noticed: 35 |

| Recipient ID | Flag | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 68501-2561 |
| 14958641 | ^ MEBN | | Jun 13 2025 00:19:36 | Cornerstone, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 14958642 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 13 2025 00:24:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14958643 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 13 2025 00:24:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 14980931 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 13 2025 00:24:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14958644 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 13 2025 00:24:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14958645 | | Email/Text: fesbank@attorneygeneral.gov | Jun 13 2025 00:24:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14958649 | ^ MEBN | | Jun 13 2025 00:19:01 | PGW, Legal - Bankruptcy Unit, 800 W. Montgomery Avenue Dept. 3rd Floor, Philadelphia, PA 19122-2806 |
| 14958650 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jun 13 2025 00:23:00 | PHH Mortgage Corp., Attn: Bankruptcy Department, P.O. Box 24606, West Palm Beach, FL 33416-4606 |
| 14958646 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 13 2025 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14958647 | | Email/Text: blegal@phfa.org | Jun 13 2025 00:24:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14978715 | + | Email/Text: blegal@phfa.org | Jun 13 2025 00:24:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 14973077 | + | Email/Text: blegal@phfa.org | Jun 13 2025 00:24:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14958648 | ^ MEBN | | Jun 13 2025 00:19:17 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14958651 | | Email/Text: bankruptcy@philapark.org | Jun 13 2025 00:25:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14958652 | | Email/Text: bnc-quantum@quantum3group.com | Jun 13 2025 00:24:00 | Quantum3 Group LLC, as agent for MOMA Trust, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14975520 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 13 2025 00:41:34 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14958655 | + | Email/Text: megan.harper@phila.gov | Jun 13 2025 00:25:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1663 |
| 14970247 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jun 13 2025 00:23:00 | Wilmington Savings Fund Society, FSB, PHH Mortgage Corporation, P.O. Box 24606, West Palm Beach, FL 33416-4606 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 12, 2025 | Form ID: 155 | Total Noticed: 35 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2025         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KATIE HOUSMAN | on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP khousman@pkh.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Claudia A. Nesmith help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| PEARL PHAM | on behalf of Creditor Philadelphia Gas Works pearl.pham@pgworks.com |
| SHERRI DICKS | on behalf of Creditor Ocwen Loan Acquisition Trust 2024-HB1 sdicks@raslg.com shrdlaw@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
   Claudia A. Nesmith

   Debtor(s).

Case No. 24−14391−amc

Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: June 10, 2025

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court