**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Claudia A. Nesmith<br>Debtor<br><br>Carrington Mortgage Services, LLC as Servicer for Wilmington Savings Fund Society, FSB as Owner Trustee of CFS15 Grantor Trust<br>v.<br><br>Claudia A. Nesmith, Debtor<br>Alberta M. Taylor - Co-Debtor<br>Claude Nesmith – Co-Debtor<br>Sam Boyd – Co-Debtor<br>Kenneth E. West, Trustee<br>Respondents | CASE NO.: 24-14391-amc<br><br>CHAPTER 13<br><br>Judge: Ashely M. Chan<br><br>Hearing Date: October 20, 2026, at 11:00 A.M.<br><br>Objection Deadline: October 1, 2026 |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY**

Carrington Mortgage Services, LLC as Servicer for Wilmington Savings Fund Society, FSB as Owner Trustee of CFS15 Grantor Trust (on behalf of itself and together with any successor and/or assign, "Movant") hereby moves this Court for an Order (i) pursuant to 11 U.S.C. § 362 (d)(1) and (d)(2); vacating the automatic stay to permit Movant, its successors and/or assigns, to enforce its mortgage on the Debtor's premises located at 1719 North 29th Street, Philadelphia, PA 19121 ("Property"); vacating the co-debtor stay in effect pursuant to 11 U.S.C. § 1301(a) and (ii) for such other and further relief as is just and proper. In support of this Motion, Movant respectfully states:

1. The Petition under Chapter 13 of the United States Bankruptcy Code was filed by the Debtor Claudia A. Nesmith on December 9, 2024.

2. This Court has jurisdiction over this case and this motion pursuant to 28 U.S.C. §§ 157 and 1334.

3. Venue of this case and this motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4. Movant is the holder of a Note executed by Alberta Morgan Taylor (the "Co-Debtor") dated January 30, 2009, whereby Alberta Morgan Taylor promised to repay $90,000.00 plus interest to World Alliance Financial Corp. (the "Original Lender"). To secure the repayment of the Note, the Co-Debtor executed a Mortgage in favor of World Alliance Financial Corp., encumbering the Property commonly known as 1719 North 28th Street, Philadelphia, PA 19121, which Mortgage was recorded in the Official records of Philadelphia County as Instrument Number 52024465 on February 13, 2009, (hereinafter "Mortgage"). Other than liens with statutory priority, Movant's mortgage is in first lien position. The Mortgage was ultimately assigned to Movant by an Assignment of Mortgage. A copy of the Note, Mortgage and Assignments of Mortgage are attached hereto as **Exhibit A**.

5. Per the note, paragraph 7(A)(i) of the Note, the lender may require payment in full of the claim if the "Borrower dies and the Property is not the principal residence of at least one surviving Borrower."

6. Co-Debtor Alberta Morgan Taylor is deceased.

7. Co-Debtor Alberta Morgan Taylor was the only Borrower on the Note.

8. Upon knowledge and information, the heirs of Alberta Morgan Taylor are the Debtor and Co-Debtors Sam Boyd and Claude Taylor.

9. The Debtor has not included the property or claim in her schedules.

10. The Debtor's plan does not include treatment for the claim.

11. Pursuant to 11 U.S.C. § 362(d)(1), the court shall enter an order granting a secured creditor relief from the automatic stay for cause "including the lack of adequate

protection of an interest in property of such party and interest."

12. Relief pursuant to 11 U.S.C. § 362(d)(2) is also appropriate due to the lack of equity in the Property. The outstanding amount of the obligations owed on the property to Movant, less any partial payments or suspense balance, is approximately $134,904.16 as of September 2, 2026.

13. According to Zillow Estimate, the Property has a value of $149,200.00. Thus, there is no equity remaining in the Property, and it is not necessary for effective reorganization of the Debtor.

14. Carrington Mortgage Services, LLC services the loan on the Property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant. Movant, directly or through an agent, has possession of the promissory note. Movant will enforce the promissory note as transferee in possession. Movant is the original mortgagee or beneficiary or the assignee of the Mortgage.

15. Movant will be irreparably injured by continuation of the co-debtor stay imposed under 11 U.S.C. § 1301(a) absent payments from the Debtor and/or Co-Debtor. As such, the co-debtor stay should be lifted pursuant to 11 U.S.C. § 1301(c)(3), and Movant should be permitted to proceed against the Co-Debtor.

16. Accordingly, grounds exist to vacate the stay in Debtor's case and Movant therefore requests that the co-debtor stay imposed under 11 U.S.C. § 1301(a) of the Bankruptcy Code be modified and terminated for cause to permit Movant to pursue its rights against the Co-Debtor under the Mortgage and applicable law, including without limitation, the commencement

and consummation of a foreclosure action and/or eviction proceeding.

17. Further, cause exists for Rule 4001(a)(4) be waived based on Debtor's failure to tender post-petition mortgage payments resulting in increasing lack of adequate protection.

18. Movant respectfully requests reasonable attorney fees in the amount of $1,350.00 and costs in the amount of $199.00.

**WHEREFORE**, Movant respectfully requests an Order of this Court vacating the automatic stay and for such other, further and additional relief as to this Court may deem just, proper and equitable.

Dated: September 17, 2026
By: /s/ Lauren M. Moyer

Lauren M. Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for Carrington Mortgage Services, LLC as Servicer for Wilmington Savings Fund Society, FSB as Owner Trustee of CFS15 Grantor Trust
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com