**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Claudia A. Nesmith<br>Debtor<br><br>Carrington Mortgage Services, LLC as Servicer for Wilmington Savings Fund Society, FSB as Owner Trustee of CFS15 Grantor Trust<br>v.<br><br>Claudia A. Nesmith, Debtor<br>Alberta M. Taylor - Co-Debtor<br>Claude Nesmith – Co-Debtor<br>Sam Boyd – Co-Debtor<br>Kenneth E. West, Trustee<br>Respondents | CASE NO.: 24-14391-amc<br><br>CHAPTER 13<br><br>Judge: Ashely M. Chan<br><br>Hearing Date: October 20, 2026, at 11:00 A.M.<br><br>Objection Deadline: October 1, 2026 |

**DECLARATION IN SUPPORT OF AND CO-DEBTOR STAY**

I, Elsa C. Arroyo, certify the following to be true under penalty of perjury:

1. I am employed as a Servicing Agent for Carrington Mortgage Services, LLC as Servicer for Wilmington Savings Fund Society, FSB as Owner Trustee of CFS15 Grantor Trust (the "Movant") and am authorized to execute this declaration on behalf of Movant. This declaration is offered in support of the annexed hereto.

2. In my capacity as Servicing Agent, I have access to Movant's business records, including the business records for and relating to the loan of the of Alberta Morgan Taylor, whose heir is the Debtor) secured by the real property known as 1719 North 29th Street, Philadelphia, PA 19121 (the "Property"). The facts stated in this declaration are based upon information that I have obtained by reviewing records maintained in the ordinary course of business, as part of regularly conducted business activity, by or from information transmitted by person(s) with knowledge of the events described therein, at or near the time of the event described.

3. According to business records, Alberta Morgan Taylor (the "Co-Debtor") executed

and delivered a Note dated January 30, 2009, in favor of World Alliance Financial Corp (the "Original Lender"), in the original principal amount of $90,000.00. The Note is secured by a Mortgage executed and delivered by World Alliance Financial Corp. to Original Lender.

4. Co-Debtor Alberta Morgan Taylor is deceased.

5. Co-Debtor Alberta Morgan Taylor was the only Borrower on the Note.

6. The outstanding amount of the obligations owed on the property, less any partial payments or suspense balance, is approximately $134,904.16 as of September 2, 2026.

I hereby certify, under penalty of perjury, that the foregoing is true and correct.

Executed this 17 day of September, 2026

Wilmington Savings Fund Society, FSB as Owner Trustee of CFS15 Grantor Trust by Carrington Mortgage Services, LLC, as attorney in fact

/s/ Elsa C. Arroyo
(Signature)

Elsa C. Arroyo
(Print Name)

Servicing Agent
(Title)