**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Claudia A. Nesmith<br>Debtor<br><br>Carrington Mortgage Services, LLC as Servicer for Wilmington Savings Fund Society, FSB as Owner Trustee of CFS15 Grantor Trust<br>v.<br><br>Claudia A. Nesmith, Debtor<br>Alberta M. Taylor - Co-Debtor<br>Claude Nesmith – Co-Debtor<br>Sam Boyd – Co-Debtor<br>Kenneth E. West, Trustee<br>Respondents | CASE NO.: 24-14391-amc<br><br>CHAPTER 13<br><br>Judge: Ashely M. Chan |

**CERTIFICATION OF NO OBJECTION**

I, Lauren M. Moyer, Esquire, Counsel Carrington Mortgage Services, LLC as Servicer for Wilmington Savings Fund Society, FSB as Owner Trustee of CFS15 Grantor Trust, hereby certify that no answer has been served or filed to the Motion for Relief from Automatic Stay filed on September 17, 2026, at Docket No. 45. A Default Order may be entered.

Dated: October 19, 2026

By: /s/ Lauren M. Moyer

Lauren M. Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for Carrington Mortgage Services, LLC as Servicer for Wilmington Savings Fund Society, FSB as Owner Trustee of CFS15 Grantor Trust
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com