**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Claudia A. Nesmith<br>Debtor<br><br>Carrington Mortgage Services, LLC as Servicer for Wilmington Savings Fund Society, FSB as Owner Trustee of CFS15 Grantor Trust<br>v.<br><br>Claudia A. Nesmith, Debtor<br>Alberta M. Taylor - Co-Debtor<br>Claude Nesmith – Co-Debtor<br>Sam Boyd – Co-Debtor<br>Kenneth E. West, Trustee<br>Respondents | CASE NO.: 24-14391-amc<br><br>CHAPTER 13<br><br>Judge: Ashely M. Chan |

**CERTIFICATE OF SERVICE**

I, Lauren M. Moyer, Esq., certify that on October 19, 2026, I caused to be served a true copy of the annexed **CERTIFICATION OF NO OBJECTION** by mailing by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

Dated: October 19, 2026

By: /s/ Lauren M. Moyer

Lauren M. Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for Carrington Mortgage Services, LLC as Servicer for Wilmington Savings Fund Society, FSB as Owner Trustee of CFS15 Grantor Trust
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

**<u>Service by First Class Mail</u>**

Claudia A. Nesmith
7000 N 12th Street
Philadelphia, PA 19126
***Bankruptcy Debtor***

Alberta M. Taylor
1719 North 28th Street
Philadelphia, PA 19121
***Bankruptcy Co-Debtor***

Sam Boyd
1719 North 28th Street
Philadelphia, PA 19121
***Bankruptcy Co-Debtor***

Claude Taylor
1719 North 28th Street
Philadelphia, PA 19121
***Bankruptcy Co-Debtor***

**<u>Service by NEF</u>**

Michael A. Cibik
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
***Attorney***

Kenneth E. West
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
***Bankruptcy Trustee***

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
***U.S. Trustee***