**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Claudia A. Nesmith<br>Debtor<br><br>Carrington Mortgage Services, LLC as Servicer for Wilmington Savings Fund Society, FSB as Owner Trustee of CFS15 Grantor Trust<br>v.<br><br>Alberta M. Taylor - Co-Debtor<br>Claudia A. Nesmith<br>Kenneth E. West<br>Respondents | CASE NO.: 24-14391-amc<br><br>CHAPTER 13<br><br>Judge: Ashely M. Chan<br><br>Hearing Date: October 20, 2026, at 11:00 A.M.<br><br>Objection Deadline: October 1, 2026 |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

**UPON** consideration of the Application of Carrington Mortgage Services, LLC as Servicer for Wilmington Savings Fund Society, FSB as Owner Trustee of CFS15 Grantor Trust, together with any successor and/or assign, ("Movant") dated Sept. 17, 2026 and with good cause appearing therefore, it is;

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362 (d)(1) and (d)(2); is hereby vacated to permit Movant, its successors and/or assigns, to enforce its mortgage on the Debtor`s premises located at 1719 North 29th Street, Philadelphia, PA 19121; and it is further;

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362 (d)(2); is hereby vacated for cause to permit Movant, its successors and/or assigns, to enforce its mortgage on the Debtor`s premises located at 1719 North 29th Street, Philadelphia, PA 19121; and it is further;

**ORDERED** that the Co-Debtor stay in effect as it pertains to Alberta M. Taylor, Sam Boyd and Claude Taylor. pursuant to section 1301(a) of the Bankruptcy Code is hereby modified to allow

Movant its successors and/or assigns to commence and /or continue with a foreclose action and eviction proceeding with regard to the Premises; and it is further

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that the Trustee is directed to cease making any further distributions to the Creditor; and it is further

**ORDERED** that Rule 4001(a)(4) is waived and Movant may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that Movant is no longer required to send and/or file the Notices required by Fed. R. Bankr. P. 3002.1; and it is further

**ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

BY THE COURT:

Date: Oct. 21, 2026

Ashely M. Chan,
Chief U.S. Bankruptcy Judge