United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 24-14391-amc
Claudia A. Nesmith Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Oct 31, 2026 Form ID: pdf900 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Claudia A. Nesmith, 7000 N 12th Street, Philadelphia, PA 19126-2101 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KATIE HOUSMAN | on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP khousman@pkh.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor Carrington Mortgage Services LLC as Servicer for Wilmington Savings Fund Society, FSB as Owner Trustee of CFS15 Grantor Trust bkecf@friedmanvartolo.com |
| MICHAEL A. CIBIK | on behalf of Debtor Claudia A. Nesmith help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| PEARL PHAM | on behalf of Creditor Philadelphia Gas Works pearl.pham@pgworks.com Monica.Londo@pgworks.com |
| SHERRI DICKS | on behalf of Creditor Ocwen Loan Acquisition Trust 2024-HB1 shrdlaw@outlook.com shrdlaw@outlook.com |

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Claudia A. Nesmith<br>Debtor<br><br>Carrington Mortgage Services, LLC as Servicer for Wilmington Savings Fund Society, FSB as Owner Trustee of CFS15 Grantor Trust<br>v.<br><br>Alberta M. Taylor - Co-Debtor<br>Claudia A. Nesmith<br>Kenneth E. West<br>Respondents | CASE NO.: 24-14391-amc<br><br>CHAPTER 13<br><br>Judge: Ashely M. Chan<br><br>Hearing Date: October 20, 2026, at 11:00 A.M.<br><br>Objection Deadline: October 1, 2026 |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

**UPON** consideration of the Application of Carrington Mortgage Services, LLC as Servicer for Wilmington Savings Fund Society, FSB as Owner Trustee of CFS15 Grantor Trust, together with any successor and/or assign, ("Movant") dated Sept. 17, 2026 and with good cause appearing therefore, it is;

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362 (d)(1) and (d)(2); is hereby vacated to permit Movant, its successors and/or assigns, to enforce its mortgage on the Debtor`s premises located at 1719 North 29th Street, Philadelphia, PA 19121; and it is further;

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362 (d)(2); is hereby vacated for cause to permit Movant, its successors and/or assigns, to enforce its mortgage on the Debtor`s premises located at 1719 North 29th Street, Philadelphia, PA 19121; and it is further;

**ORDERED** that the Co-Debtor stay in effect as it pertains to Alberta M. Taylor, Sam Boyd and Claude Taylor. pursuant to section 1301(a) of the Bankruptcy Code is hereby modified to allow

Movant its successors and/or assigns to commence and /or continue with a foreclose action and eviction proceeding with regard to the Premises; and it is further

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that the Trustee is directed to cease making any further distributions to the Creditor; and it is further

**ORDERED** that Rule 4001(a)(4) is waived and Movant may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that Movant is no longer required to send and/or file the Notices required by Fed. R. Bankr. P. 3002.1; and it is further

**ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

BY THE COURT:

Date: Oct. 21, 2026

Ashely M. Chan,
Chief U.S. Bankruptcy Judge